UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOSHUA NESBITT, | ) | Civil Action No.: 12-00717 (RWR) |
| | ) | |
| Plaintiff, | ) | ECF |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., | ) | |
| Attorney General of the United States) | |
| U.S. DEPARTMENT OF | ) | |
| JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## NOTICE OF APPPEARANCE

Please enter the appearance of Rani Rolston, Esq. of the law firm Alan Lescht &

Associates, P.C. as counsel for Plaintiff in the above-captioned case.

Respectfully submitted,

Alan Lescht & Associates, P.C.

By:__/s/_____
Rani Rolston [974052]
1050 17th Street, NW, Suite 400
Washington, DC 20036
T: 202.463.6036
F: 202.463.6067
Rani.Rolston@gmail.com
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served on this 6th day of August 2012 via ECF on:

Ronald C. Machen, Jr. [No. 447889]
Rudolph Contreras [No. 434122]
Mercedeh Momeni
555 4th Street, NW
Washington, DC 20530
202.307.0821
mercedeh.momeni@usdoj.gov
Attorneys for Defendant

    /s/ _____
              Rani Rolston