# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA NESBITT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 12-00717 (RWR) |
| ) | |
| ERIC H. HOLDER, JR. ) | |
| Attorney General, ) | |
| Department of Justice ) | |
| ) | |
| Defendant. ) | |

## ON CONSENT OF PLAINTIFF: MOTION TO WITHDRAW AS COUNSEL TO THE PLAINTIFF

The undersigned counsel of record to the plaintiff moves to withdraw as counsel pursuant to LCvR 83.6(c) because Plaintiff has determined to terminate our representation and proceed pro se. Plaintiff consents to this motion and has stated that he intends to proceed pro se.

Respectfully Submitted,

Alan Lescht & Associates, P.C.

/s/

Alan Lescht, DC Bar # 441691
Susan L. Kruger, DC Bar # 414566
Rani Rolston, DC BAr # 974052
1050 17th Street, N.W., Suite 400
Washington, DC  20036
202-463-6036
202-463-6067 (fax)
Attorneys for Plaintiff

I, Joshua Nesbitt, request and consent to the relief sought in this motion.

_____
Joshua Nesbitt

Date: January 18, 2013

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served this 18th day of January 2013 on:

**VIA HAND-DELIVERY**
Joshua Nesbitt
1629 Tucker Road
Fort Washington, MD 20744

**VIA ECF**
Mercedeh Momeni
United States Attorney's Office
Civil Division
555 4th St. NW
Washington, DC 20530
ph: 202-307-0821
fax: 202-514-8780
Mercedeh.Momeni@usdoj.gov

_____/s/_____
Rani Rolston

## Certificate Pursuant to LCvR 83.6(c)

I certify that Mr. Nesbitt's last known address is:

Joshua Nesbitt
1629 Tucker Road
Fort Washington, MD 20744

and that I have served upon Mr. Nesbitt a written letter dated January 18, 2013, enclosing a copy of this motion and a notice advising him to obtain other counsel or if he intends to conduct the case pro se or object to the withdrawal that he should notify the Clerk in writing within seven days of service of this motion.

                          /s/
                          Rani Rolston

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA NESBITT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC H. HOLDER, JR. )<br>Attorney General, )<br>Department of Justice )<br>)<br>Defendant. )<br>) | Civil Action No. 12-00717 (RWR) |

ORDER

Upon consideration of the motion by Plaintiff's counsel to withdraw as counsel on consent of the Plaintiff, it is hereby ORDERED that the motion is GRANTED and the Clerk is directed to strike the appearances of Alan Lescht, Esq., Susan L. Kruger, Esq., Rani Rolston, Esq., and Alan Lescht & Associates, P.C. as counsel in this case.

Copies to:

_____
United States District Court Judge

Rani Rolston
Alan Lescht
*Attorneys for Plaintiff*

Mercedeh Momeni
*Attorney for Defendant*

Joshua Nesbitt
*Plaintiff, Pro Se*