UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA NESBITT, )<br>)<br>       Plaintiff, )<br>)<br>   v. )<br>)<br>ERIC HIMPTON HOLDER, JR., )<br>Attorney General of the United States )<br>Department of Justice, )<br>)<br>       Defendant. )<br>) | **Civil Action No. 12-CV-0717 (RWR)** |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF MEDIATION COUNSEL

The Clerk of Court will please enter on the record the withdrawal of appearance of Robert N. Haferd and Jonathan E. Paikin of Wilmer Cutler Pickering Hale and Dorr LLP as attorneys for the Plaintiff for the purposes of mediation in this matter, as the parties have concluded the mediation process.

                     Respectfully submitted,

                     /s/ Robert N. Haferd
                     Robert N. Haferd (admitted *pro hac vice*)

                     /s/ Jonathan E. Paikin
                     Jonathan E. Paikin (Bar No. 466445)

                     WILMER CUTLER PICKERING
                      HALE and DORR LLP
                     1875 Pennsylvania Ave. NW
                     Washington, DC 20006
                     Tel.: (202) 663-6000
                     Fax: (202) 663-6363

                     *Attorneys for Plaintiff*

Dated:  April 9, 2013

CERTIFICATE OF SERVICE

    I, Robert N. Haferd, hereby certify that on this date, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

    /s/ Robert N. Haferd
    Robert N. Haferd