AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| JOSHUA NESBITT | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:12-cv-00717 |
| DEPARTMENT OF JUSTICE | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

JOSHUA NESBITT, plaintiff

Date:   12/13/2013

*Attorney's signature*

Catharine Edwards, Bar No. 1000457
*Printed name and bar number*

Edwards Kirby, LLP
2000 P St. NW, Suite 300
Washington, D.C. 20036
*Address*

cedwards@edwardskirby.com
*E-mail address*

(202) 223-2732
*Telephone number*

(202) 478-2690
*FAX number*