IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOSHUA NESBITT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 12-717 (RCL) |
| | ) | |
| ERIC H. HOLDER, JR. | ) | |
| Attorney General of the United States, | ) | |
| Department of Justice, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE ANY REFERENCES TO THE RACE OF DEFENDANT'S HIGH-RANKING OFFICIALS**

Plaintiff, Joshua Nesbitt, hereby moves *in limine* for an order to exclude as irrelevant from any presentation before the jury any references to the race of the United States Attorney General (Eric Holder), the Deputy Attorney General (James Cole), and the Associate Attorney General (Tony West).  Counsel met and conferred with the government on this motion, and government counsel stated that Defendant was unable to offer a position stating whether this *in limine* request was opposed without first reviewing Plaintiff's motion.  Accordingly, Plaintiff files this motion and requests that the attached proposed order be entered.

It has not been alleged by either party that the top-ranking officials at the Department of Justice, mentioned above, had any involvement in facts that are pertinent to or will be presented in the upcoming trial in the above-captioned matter.  The race of these individuals, therefore, is simply not relevant to the proceedings in any way.  The Rules of

Evidence define relevant evidence as "[e]vidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Fed. R. Evid. 401. Moreover, Rule 402 states plainly that "[e]vidence which is not relevant is not admissible."

For the simple reason that the race of Messrs. Holder, Cole, and West is irrelevant and has no bearing on the facts and issues presented in the case, all references to their race should be excluded from any proceedings. Plaintiff respectfully requests that this motion be granted and that the attached order be entered.

                                          Respectfully Submitted,

                                          /s/ Sharon Y. Eubanks
                                          Sharon Y. Eubanks, D.C. Bar No. 420147
                                          Catharine E. Edwards D.C. Bar No. 100457

                                          **Edwards Kirby**
                                          2000 P. St., NW, Suite 300
                                          Washington, D.C. 20036
                                          Phone: 202-223-2732
                                          Seubanks@edwardskirby.com
                                          Cedwards@edwardskirby.com

Date: April 1, 2014

3

**CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2014, I electronically filed the foregoing "PLAINTIFF'S MOTION *IN LIMINE* TO PRECLUDE ANY REFERENCES TO THE RACE OF DEFENDANT'S HIGH-RANKING OFFICIALS" with the Clerk of Court using the CM/ECF system, which will automatically send electronic notification of such filing to the following counsel of record:

>Mercedeh Momeni, Esq.
>Assistant U.S. Attorney
>555 4th Street, NW
>Washington, D.C. 20530

Date:  April 1, 2014  /s/ Sharon Y. Eubanks
Sharon Y. Eubanks, D.C. Bar No. 420147

**Edwards Kirby**
2000 P. St., NW, Suite 300
Washington, D.C. 20036
Phone:  202-223-2732
Seubanks@edwardskirby.com

3