UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOSHUA NESBITT, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 12-0717 (RCL) |
| ERIC H. HOLDER, Jr., | ) |
|     Defendant. | ) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Alan Burch as co-counsel for Defendant in the above-captioned case.

    RONALD C. MACHEN JR., D.C. Bar #447889
    United States Attorney
    for the District of Columbia

    By:  /s/
    ALAN BURCH, D.C. Bar # 470655
    Assistant United States Attorney
    555 4th St., N.W.
    Washington, D.C. 20530
    (202) 252-2523, alan.burch@usdoj.gov